UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA RYAN GROW,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>JAMES DZURENDA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:17-cv-00637-MMD-WGC<br><br>ORDER |

In this habeas corpus action, Petitioner Joshua Ryan Grow filed a motion for appointment of counsel (ECF No. 22) on August 21, 2018.

The Court previously denied a motion by Grow for appointment of counsel (ECF No. 6), and the Court subsequently denied a motion by Grow for reconsideration of that order (ECF No. 12).

"Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations." *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970)) (per curiam). The Court may, however, appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196. The Court remains of the view that appointment of counsel is not warranted in this case.

///

It is therefore ordered that Petitioner's motion for appointment of counsel (ECF No. 22) is denied.

DATED THIS 23rd day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE