# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSHUA RYAN GROW,<br><br>                  Petitioner,<br>     v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                  Respondents. | Case No. 3:17-cv-00637-MMD-WGC<br><br>ORDER |

     In this habeas corpus action, Respondents filed an answer, along with several exhibits, on November 5, 2018 (ECF Nos. 24, 25, 27). With their answer, Respondents filed a motion for leave to file certain exhibits under seal (ECF No. 26). In that motion, Respondents request leave of court to file under seal copies of certain documents filed under seal in state court (Exhibits 108, 109 and 111).

     There is a strong presumption in favor of public access to judicial filings and documents. *See Nixon v. Warner Commc'n, Inc.*, 435 U.S. 589, 597 (1978); *see also Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1134 (9th Cir. 2003). However, a court has inherent power over its own records and files, and access may be denied where the court determines that the documents may be used for "improper purposes." *Nixon*, 435 U.S. at 598; *Hagestad v. Tragesser*, 49 F.3d 1430, 1433–34 (9th Cir. 1995); *Kamakana*, 447 F.3d at 1179; *see also* Fed. R. Civ. P. 5.2(d); LR IA 10-5.

     The three documents that Respondents wish to file under seal were filed under seal in state court. Respondents represent that public access to these documents would result

in a security threat within the prison where the Petitioner is incarcerated. Respondents have shown compelling reasons for filing these materials under seal.

It is therefore ordered that Respondents' Motion for Leave to File Exhibits *in Camera* and Under Seal (ECF No. 26) is granted. Respondents are granted leave of court to file their Exhibits Number 108, 109 and 111 under seal. As those exhibits have already been filed under seal (ECF No. 27), no further action is necessary in this regard.

DATED THIS 19th day of November 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE