UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSHUA RYAN GROW,<br><br>                  Petitioner,<br>     v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                  Respondents. | Case No. 3:17-cv-00637-MMD-WGC<br><br>ORDER |

In this habeas corpus action, Respondents filed their answer on November 5, 2018 (ECF No. 24). Petitioner Joshua Ryan Grow is now due to file a reply by January 4, 2019. (*See* Order entered December 4, 2017 (ECF No. 6) (60 days for reply).)

On December 17, 2018, Grow filed a motion for extension of time and a motion for appointment of counsel (ECF Nos. 29, 30, 31).

The Court has repeatedly denied Grow's motions for appointment of counsel. (*See* Order entered December 4, 2017 (ECF No. 6); Order entered December 27, 2017 (ECF No. 12); Order entered August 23, 2018 (ECF No. 23).) The Court remains of the view that appointment of counsel is unnecessary in this action. The motion for appointment will be denied.

The Court will, however, grant Grow's motion for extension of time. The Court finds that Grow's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

1   It is therefore ordered that Grow's motion for extension of time (ECF No. 29) is
2   granted. Grow will have until and including April 12, 2019, to file his reply to Respondents'
3   answer.
4   It is further ordered that Grow's motion for appointment of counsel (ECF No. 30) is
5   denied.
6   DATED THIS 18th day of December 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE