UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSHUA RYAN GROW,<br><br>                    Petitioner,<br>    v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                    Respondents. | Case No. 3:17-cv-00637-MMD-WGC<br><br>ORDER |

In this habeas corpus action, Respondents filed their answer on November 5, 2018 (ECF No. 24), and Petitioner, Joshua Ryan Grow, filed a reply on March 11, 2019 (ECF No. 33). On September 19, 2019, Grow filed a letter addressed to the Clerk of the Court (ECF No. 35), requesting an update regarding the status of the case.

The Court will rule on Grow's petition—which is fully briefed—in due course, as its caseload allows. Neither Grow nor Respondents need take any further action in this case at this time.

DATED THIS 25th day of September 2019.

_____
MIRANDA M. DU,
CHIEF UNITED STATES DISTRICT JUDGE